BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ELIQUIS (APIXABAN) <br> PRODUCTS LIABILITY LITIGATION | ) <br> ) <br> )   MDL Docket No.: 2754 <br> ) |

## PROOF OF SERVICE

I hereby certify that a copy of the Notice of Appearance of Michael A. London dated October 24, 2016 was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of the above document on all registered CM/ECF users.

I further hereby certify that on October 24, 2016, the aforementioned documents with Proof of Service were served by email to the following:

Matthew Holian
Loren H. Brown
Cara D. Edwards
DLA PIPER LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
*Counsel for Defendants Bristol-Myers Squibb and Pfizer, Inc.*

Dated: October 24, 2016
New York, New York

**DOUGLAS & LONDON, P.C.**

  /s/ Michael A. London
MICHAEL A. LONDON (ML-7510)
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph:  (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiffs Michael and Janet Sneed*